Related DDJ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OTHMANE FATHI,

Plaintiff,

v.

SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT,

Defendant



FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2021

CENTRAL DISTRICT OF CALIFORNIA
BY   JTA   DEPUTY

8:21cv586-FMO-DFM

## COMPLAINT

## PRELIMINARY STATEMENT

On May 10, 2019, and after more than forty-five (45) days of sending numerous respectful requests regarding the Plaintiff's daughter's records, Defendant Saddleback Valley Unified School District has refused, denied the right to inspect, obstructed, and prevented the plaintiff from examining his daughter's school report card.

Around September 2020, the plaintiff's daughter's school records were transferred to an out-of-state school knowingly and willfully, against State court orders and without her parent's consent. The defendant has also failed to inform the plaintiff parent of his parental rights during the 2019-2020 school year.

## JURISDICTION

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, regulations, or treaties of the United States.

The allegations are brought pursuant to The Family Education Rights and Privacy Act of 1974 20 U.S.C Section 1232 g (a) and (b), 34 CFR Section 99.32 and 99.7, 34 CFR 100.

## VENUE

The venue is laid within the United States District Court for the Central District of California in that Defendant Saddleback Valley Unified School District is located within, and that the events giving rise to the claim occurred within the boundaries of the Central District of California.

## PARTIES

Plaintiff, Othmane Fathi is a legal resident of the United States and at all times here relevant resided in the County of Orange, California.

Plaintiff's daughter attended Rancho Canada Elementary School between the 2018 and 2020 school years, which is located in Lake Forest, Orange County, California, and operates under the Saddleback Valley Unified School District.

Defendant Saddleback Valley Unified School District receives funding from the Federal Government.

At all times relevant hereto, Defendant Saddleback Valley Unified School District or (SVUSD), was responsible for the policy, custom, practice, supervision, implementation, and conduct of all SVUSD matters and was responsible for the appointment, training, supervision, discipline, retention, and conduct of all SVUSD personnel. In addition, at all times here relevant, Defendant Unified School District was responsible for enforcing the rules of the SVUSD, and for ensuring that the SVUSD personnel obeys the laws of the United States and the State of California.

Rancho Canada Elementary School administration and administrators, including principal Hausner, Ms. Lorraine Torrick, and school resource officer Jones were, at all times here relevant, parts and employees of SVUSD, and as such were acting in the capacity of an agent, servant, and employees of the Saddleback Valley Unified School District.

## NOTICE OF CLAIM

Within 120 days of the May 10th, 2019 incident and 120 days of the September 2020 incident, the plaintiff filed a written Notice of Claim with the Saddleback Valley Unified School District Office of Elementary Education. Over 90 days have elapsed since the filing of the notices, and this matter has not been settled or otherwise disposed of.

## FACTUAL ALLEGATIONS

1. Plaintiff is a legal resident of the United States and the State of California and Plaintiff had all parental legal rights at all time here relevant

2. Plaintiff's daughter attended Rancho Canada Elementary School located at 21801 Winding Way, Lake Forest, CA, 92630, which is part of Saddleback Valley Unified School District during the 2018 and 2020 school year

3. The Saddleback Valley Unified School District SVUSD is a unified school district and a corporation organized under the laws of the United States and the State of California

4. Defendant SVUSD receives federal funding according to the most recent budget publishing posted on the defendant's website (Ex 1)

5. Over forty-five (45) days prior to May 10th, 2019, Plaintiff respectfully requested numerous times from the defendant to electronically mail him his daughter's progress report card. Two requests via phone March 20th, 2019, and three requests via email (04/08/19; 04/16/19; 05/08/19) (Ex. 2)

6. On May 8th, 2019, the requests to obtain a copy of the progress report card via email were denied to the plaintiff

7. Plaintiff arranged with the defendant to have his daughter's progress report card ready in an envelope for him to pick up after work on May 9th, 2019. He then rescheduled picking up the progress report card to May 10th, 2019 during his lunch hour, as school closed earlier than he got off work. As obstructions from the defendant were a reoccurring habit, and in order to facilitate a request free of obstructions, plaintiff informed the Defendant that if he were to find further obstructions to his rights as it previously happened at the beginning of the school year, the plaintiff were to take legal actions against the Defendant

8. On May 10th, 2019, around lunchtime, Plaintiff respectfully took himself to Rancho Canada Elementary School to inspect his daughter's progress report card. When he arrived on the school premises, the plaintiff found the administration door locked to himself obstructing him from inspecting his daughter's progress report card

9. Plaintiff knocked gently and softly on the administration door but could not get anyone's attention. The plaintiff witnessed through the glass sidewall three parents who were caucasian ladies in the lobby and no one on the administration side

10. Plaintiff dialed SVUSD responsibles numbers which were hung on the glass sidewall but was not able to get hold of any responsible person

11. Plaintiff approached the maintenance supervisor but was not able to reach any of the administration people

12. The maintenance supervisor later testified that the plaintiff was acting normal and peaceful, and acted neither agitated nor irritated

13. Plaintiff started walking towards his car to leave campus as he was redialing one of the numbers he obtained from the administration glass sidewall

14. Plaintiff was suddenly approached by the school resource officer Jones. Principle Hausner showed up at that same time for the first time

15. Plaintiff explained that he was on campus to obtain a copy and inspect his daughter's progress report card as he arranged for and that the defendant administration was aware of the request and they were supposed to have a copy ready in an envelope for the plaintiff to pick up as he had to report back to work or to allow the plaintiff to inspect his daughter's school report card

16. Defendant Saddleback Valley Unified School District denied the plaintiff parent's right to inspect school records which is a service the school provides and detained the plaintiff on the school premises, and physically prevented him, obstructed him, and deprived him of inspecting his daughter's progress report card and pursuing a copy of the report card, which is a right of his

17. Plaintiff was arrested by Defendant agent without a single question asked, knowing the motive behind his presence on campus, and prevented him from inspecting his daughter's progress report card, a protected right of his. Defendant's agent informed the plaintiff after the arrest that the acts were the Principal's wishes, and that's what he was doing

18. After 45 days of submitting numerous requests, and showing nothing but respect, the defendant denied the plaintiff his daughter's school record, and physically prevented and obstructed him from inspecting his daughter's report card

19. Plaintiff is alleging that the defendant who receives federal funding, has denied and refused the plaintiff's right to examine his daughter's school record, as he did neither

obtain a copy of his daughter's progress report card, nor was he allowed to examine her report card, but instead, maliciously arrested the plaintiff and obstructed him from looking at plaintiff's daughter's school record

20. Defendant SVUSD who receives federal funding has breached their stipulated contract obligation to receive federal funding by denying requests and preventing the plaintiff his protected right to inspect his daughter's report card

21. As it was not the first time, and the incidents were repetitive and insulated, Plaintiff is alleging the defendant SVUSD has made custom policies for the plaintiff to not obtain school services due to his race and national origin

22. Towards the end of summer 2020, the plaintiff was informed that his daughter's school files were transferred to an out of state school, against court orders and without the plaintiff's consent

23. Plaintiff has never received his parental rights for the 2019-2020 school year

24. Defendant has breached two other stipulations to receive federal funding by sending plaintiff's daughter's school records to an out of state school without neither his consent nor his knowledge and by not informing the plaintiff of his yearly parental rights

## CONCLUSION

The defendant has breached contractual prerequisites for their federal funding by denying and preventing the plaintiff from inspecting his daughter's progress report card, by transferring his minor daughter's files to an out of state school without her parent's consent, and by not sending the plaintiff the annual parental rights.

## PRAYERS

Plaintiff prays for judgment against Defendants, and each of them, as follows:

- To find the defendant guilty of denying the plaintiff his daughter's school progress report card and preventing him from inspecting his child's school records

- To find the defendant guilty of sending school records to a third party without the plaintiff's consent nor his knowledge

- To find the defendant guilty of not sending the parental rights annual notification

- To find the defendant guilty of 20 U.S.C Section 1232 g (a) and (b)

- Jury to decide on the school record matter

- For the defendants to provide a declarative response regarding the allegations

Dated: 03/25/2021

Othmane Fathi, Plaintiff

/s/: *Othmane Fathi*

## **DECLARATION**

I, Othmane Fathi, do declare as follow:

I am the plaintiff in this action. I have personal knowledge of the following facts, and if called as a witness I could and would justify completely thereto.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was made and executed on March 25, 2021, in Huntington Beach, California.

Dated:03/25/2021

Othmane Fathi
Declarant

/s/: *Othmane Fathi*

Saddleback Valley Unified School District
2020-21 ORIGINAL BUDGET
TOTAL GENERAL FUND

**MULTI-YEAR PROJECTION**

|  |  | 2019-20 Estimated Actuals | Change | 2020-21 Original Budget | Change | 2021-22 Projected Budget | Change | 2022-23 Projected Budget |
|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | |
| Local Control Funding Formula | 8010-8099 | 244,050,521 | (20,682,253) | 223,368,268 | 5,905,523 | 229,273,791 | 5,165,198 | 234,438,989 |
| Federal Sources | 8100-8299 | 12,059,593 | 1,303,464 | 13,363,057 | (2,614,411) | 10,748,646 | 0 | 10,748,646 |
| Other State Revenues | 8300-8599 | 45,545,069 | (2,593,401) | 42,951,668 | (1,349,960) | 41,601,708 | (339,390) | 41,262,318 |
| Other Local Revenues | 8600-8799 | 5,918,899 | (2,205,065) | 3,713,834 | (604,064) | 3,109,770 | 0 | 3,109,770 |
| **TOTAL REVENUES** | | 307,574,082 | (24,177,255) | 283,396,827 | 1,337,088 | 284,733,915 | 4,825,808 | 289,559,723 |
| | | | | | | | | |
| **EXPENDITURES** | | | | | | | | |
| Certificated Salaries | 1000-1999 | 132,480,891 | 720,899 | 133,201,790 | (374,480) | 132,827,310 | 699,129 | 133,526,439 |
| Classified Salaries | 2000-2999 | 39,477,348 | 2,186,266 | 41,663,614 | 557,321 | 42,220,935 | 639,002 | 42,859,937 |
| Employee Benefits | 3000-3999 | 88,464,069 | 6,084,945 | 94,549,014 | 1,516,585 | 96,065,599 | (4,342,486) | 91,723,113 |
| Books and Supplies | 4000-4999 | 8,915,411 | 9,754,427 | 18,669,838 | (7,916,102) | 10,753,736 | (1,090,622) | 9,663,114 |
| Services, Other Operating Expenses | 5000-5999 | 30,286,465 | (1,534,288) | 28,752,177 | 1,326,790 | 30,078,967 | 3,196,904 | 33,275,872 |
| Capital Outlay | 6000-6999 | 3,421,754 | (3,193,448) | 228,306 | (59,200) | 169,106 | 0 | 169,106 |
| Other Outgo | 7100-7299 7400-7499 | 6,641,862 | (1,370,356) | 5,271,506 | 0 | 5,271,506 | 0 | 5,271,506 |
| Direct Support/Indirect Costs | 7300-7399 | (744,353) | 373,490 | (370,863) | 0 | (370,863) | 0 | (370,863) |
| Budget Reductions to Maintain Fiscal Solvency | | | | 0 | (16,400,000) | (16,400,000) | (9,400,000) | (25,800,000) |
| **TOTAL EXPENDITURES** | | 308,943,447 | 13,021,935 | 321,965,382 | (21,349,086) | 300,616,296 | (10,298,072) | 290,318,224 |
| | | | | | | | | |
| **EXCESS (DEFICIENCY) OF REVENUES OVER EXPENDITURES BEFORE OTHER FINANCING SOURCES AND USES** | | (1,369,365) | (37,199,190) | (38,568,555) | 22,686,174 | (15,882,381) | 15,123,881 | (758,501) |
| | | | | | | | | |
| **OTHER FINANCING SOURCES/USES** | | | | | | | | |
| Interfund Transfers | | | | | | | | |
| a) In | 8910-8929 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| b) Out | 7610-7629 | 655,780 | 63,220 | 719,000 | (719,000) | 0 | 0 | 0 |
| Other Sources/Uses | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| a) Sources | 8930-8979 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| b) Uses | 7630-7699 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Contributions to Restricted Programs | 8980-8999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OTHER FINANCING SOURCES/USES | | (655,780) | 63,220 | (719,000) | (719,000) | 0 | 0 | 0 |
| | | | | | | | | |
| **NET INCREASE (DECREASE) IN FUND BALANCE** | | (2,025,145) | (37,262,410) | (39,287,555) | 23,405,174 | (15,882,381) | 15,123,881 | (758,501) |
| | | | | | | | | |
| **Beginning Fund Balance** | | 75,954,093 | | 73,928,948 | | 34,641,393 | | 18,759,012 |
| | | | | | | | | |
| **Ending Fund Balance** | | 73,928,948 | | 34,641,393 | | 18,759,012 | | 18,000,511 |
| | | | | | | | | |
| **Components of Fund Balance:** | | | | | | | | |
| *a) Nonspendable* | | | | | | | | |
| Revolving Cash | | 120,000 | | 120,000 | | 120,000 | | 120,000 |
| Stores | | 319,729 | | 319,729 | | 319,729 | | 319,729 |
| Prepaid Expenditures | | 0 | | 0 | | 0 | | 0 |
| *b) Restricted* | | 2,555,026 | | 871,592 | | 729,175 | | 475,317 |
| *c) Committed* | | 0 | | 0 | | 0 | | 0 |
| *2019-20 One Time* | | 6,312,368 | | 0 | | 0 | | 0 |
| *One-time Discretionary Carryover* | | 4,120,735 | | 0 | | 0 | | 0 |
| *Chromebook Replacement Plan* | | 3,901,263 | | 0 | | 0 | | 0 |
| *Full Day Kindergarten* | | 75,787 | | 0 | | 0 | | 0 |
| *Negotiated Salary Increase* | | 23,165,512 | | 0 | | 0 | | 0 |
| *Site Allocation Carryover* | | 1,129,596 | | 0 | | 0 | | 0 |
| *Caltrans Settlement* | | 2,527,265 | | 2,527,265 | | 2,527,265 | | 2,527,265 |
| *e) Unassigned/Unappropriated* | | | | | | | | |
| 5% Designated for Economic Uncertainties | | 15,479,961 | | 16,134,219 | | 15,030,815 | | 14,515,911 |
| | | | | | | | | |
| **Unappropriated Fund Balance** | | 14,221,706 | | 14,668,588 | | 32,028 | | 42,289 |

Ex I.

## Giselle Fathi's attendance and progress report card

**OT fathi** <otfathi007@gmail.com>
4/8/2019 1:45 PM

To: Lorraine.Tonick@svusd.org

Hi Lorraine,

Can you please send me my daughter Giselle Fathi's attendance and progress report card.

Thank you,

Othmane Fathi



From: OT fathi <otfathi007@gmail.com<mailto:otfathi007@gmail.com>>
Date: Tue, Apr 16, 2019 at 3:56 PM
Subject: Fwd: Giselle Fathi's attendance and progress report card
To: <Lorraine.Tonick@svusd.org<mailto:Lorraine.Tonick@svusd.org>>

Hi Lorraine,

Can you please send me my daughter Giselle Fathi's attendance and progress report card.

Thank you,

Othmane Fathi

EX #

## Re: Giselle Fathi's attendance and progress report card



OT fathi <otfathi007@gmail.com>
5/8/2019 3:22 PM

To: Tonick, Lorraine - Rancho Canada Elementary School

Nevermind. I will be getting it tomorrow.

Thank you,

Giselle Fathi's Father

Ex H

**FROM:** Othmane Fathi
P.O. Box 3472
Huntington Beach, CA
92605

**TO:** U.S. District Court
255 East Temple St.
TS-134
Los Angeles, CA
90012

RECEIVED
MAR 2 9 2021
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

U.S. POSTAGE PAID
HUNTINGTON BEACH, CA
92647
MAR 25, 21
AMOUNT $7.95
R2305K140404-06

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL®
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 03/26/21
USPS TRACKING #
9505 5148 8282 1084 6765 51